**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAQUINTA RENEE ANTONIO,<br><br>Defendant. | Case No. 2:20-cr-00450-VAP<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On July 19, 2021, Defendant Shaquinta Renee Antonio made her initial appearance on the petition for revocation of supervised release and bench warrant for arrest for failure to surrender issued on June 2, 2021. Deputy Federal Public Defender Erin Murphy was appointed to represent Defendant.

    Defendant submitted on the detention recommendation in the Pretrial Services Report.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ The district court's issuance of a warrant for Defendant based upon her failure to surrender voluntarily as ordered by the district court at or before noon on May 24, 2021.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ The allegation in the petition that Defendant failed to surrender for service of the previously imposed sentence and her criminal history.

It is therefore ORDERED that the Defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 19 , 2021

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE